IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| JACK EDWARD RICHARDS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:04-CV-0231 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| | § | |
| Respondent. | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DISMISSING IN PART AND DENYING IN PART, PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner. On September 28, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application for a writ of habeas corpus be dismissed in part as time barred, and denied in part. Petitioner filed objections to the Magistrate Judge's Report and Recommendation on October 7, 2005.

The undersigned United States District Judge has made an independent examination of the record in this case. The objections filed by petitioner on October 7, 2005 are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is

hereby DISMISSED in part and DENIED in part. Let judgment be entered accordingly.

    IT IS SO ORDERED.

    ENTERED this _____ day of _____ 2005.

                                  MARY LOU ROBINSON
                                  UNITED STATES DISTRICT JUDGE